*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 5/8/2019



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:19-bk-02384-CMW-13 |
| LEONARD CHARLES SMITH, | ) | |
| JESSICA ANNE SMITH, | ) | |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |

___

### AGREED ORDER FOR SURRENDER OF VEHICLE AND WITHDRAWAL OF OPPOSITION TO MOTION TO IMPOSE AUTOMATIC STAY
___

The Parties to this contested matter, by their signatures hereinbelow, request that the Court enter this Agreed Order for the Debtors' surrender of the subject vehicle and for the withdrawal of InSolve Auto Funding, LLC's opposition to the Debtors' motion to impose the automatic stay.

This matter was set to be heard before the Court on May 8, 2019 on the Debtors' Expedited Motion to Impose the Automatic Stay. As evidenced by signatures of respective counsel below, the parties agree to the entry of the following order:

IT IS HEREBY ORDERED that the Debtors surrender all their rights and possession to InSolve Funding, LLC and its agents to a 2010 Hyundai Santa Fe, VIN

5NMSG3AB9AH349293, allowing for the sale of the vehicle by InSolve. The Trustee will not pay any portion of the proof of claim filed by InSolve, Claim No. 1-1, until that claim is amended to be treated as unsecured for any remaining deficiency following the sale of the vehicle.

IT IS FURTHER ORDERED that InSolve's Response in Opposition to Expedited Motion to Impose Automatic Stay is hereby withdrawn.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Edward D. Russell*
Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

*/s/ Alex Koval*
Alex Koval
ROTHSCHILD & AUSBROOKS, PLLC
Attorney for Debtors
1222 16th Avenue South, Suite 12
Nashville, TN 37212-2926
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschildbklaw.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2019.05.07 14:59:01 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com

2

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:19-bk-02384    Doc 37    Filed 05/08/19    Entered 05/08/19 13:18:00    Desc Main
Document    Page 2 of 2